```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        AUG 16 2019
            AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
   BY                        DEPUTY
```

U.S. Magistrate Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VYSHAWN MALICK WARR, <br><br> Defendant. | CASE NO. MJ19-384 <br><br> COMPLAINT FOR VIOLATION <br><br> 18 U.S.C. §§ 922(g)(1) |

BEFORE United States Magistrate Judge Michelle L. Peterson, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT ONE

### (Felon in Possession of a Firearm)

On or about July 23, 2019, in the City of Seattle, within the Western District of Washington, VYSHAWN MALICK WARR, knowing that he had been convicted of the following crime punishable by a term of imprisonment exceeding one year, to wit:

a) *Assault in the Second Degree*, cause number 17-1-00027-1, in Pacific County Superior Court, Washington, on or about March 17, 2017;

did knowingly possess a firearm, that is, a Glock, 9x19mm caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce.

Complaint: Vyshawn Malick Warr - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 922(g)(1).

**The undersigned, Keeli Nelson, complainant being duly sworn states:**

1. I am a Special Agent (SA) with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since October 15, 2018. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am currently assigned to the Seattle Group V Field Office.

2. I am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator Training Program, and the ATF National Academy, both in Glynco, Georgia. During this 28-week training, I received instruction relating to the investigation of firearm and explosives violations. Prior to this employment, I obtained a bachelor's degree in Biology with a minor in Chemistry from Carroll College in Helena, Montana, and a master's degree in Forensic Psychology from Walden University in Minneapolis, Minnesota. During my career with ATF, I have had training and experience investigating violent crimes against persons and crimes against the government. I have been involved in investigations involving the unlawful purchase and/or unlawful possession of firearms and explosives. I have also participated in and executed search and seizure warrants with respect to the illegal possession of firearms and explosives.

3. This affidavit is made based upon my personal knowledge, training, experience and investigation, as well as upon information provided to me and my review of reports prepared by other law enforcement personnel. This affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

This affidavit is made in support of a complaint against VYSHAWN MALICK WARR for being a *Felon in Possession of a Firearm*, in violation of Title 18, United States Code, Section 922(g)(1).

## I.     WARR's Probation Status.

4.     As of March 14, 2019, WARR was actively supervised by the Washington Department of Corrections (DOC). On March 15, 2019, WARR reported to the Washington DOC Field Office and signed his Washington DOC Conditions, Requirements, and Instructions, acknowledged his obligations and agreed to comply with the conditions of his supervision. WARR signed conditions agreements for all causes for which he is on supervision and was provided with copies of all conditions.

5.     Standard conditions of supervision to which WARR agreed include, but are not limited to, the conditions set forth below:

   a. I am aware that I am subject to search and seizure of my person, residence, automobile, or other personal property if there is reasonable cause on the part of DOC to believe that I have violated the conditions/requirements or instructions above. I am also aware that, for the safety and security of DOC staff, I am subject to a pat search or other limited security search without reasonable cause when I am in, on, or about to enter Department premises, and when I am about to enter a Department vehicle;

   b. I must obtain permission from the Community Corrections Officer (CCO) before changing residence, even for one night; and

   c. *Firearms*: I have been advised and understand that if I have been convicted of a crime [for any felony offense] I am prohibited by law from owning, possessing, receiving, shipping, or transporting a firearm, ammunition, or explosives. I understand the prohibition extends to every sort of gun, rifle, or explosive device or similar device, including the frame or receiver of firearms. I understand that this may also be a violation of my supervision per RCW 9.94A.505.

6.     Community Corrections Officer (CCO) Eric Paulson made several attempts to contact WARR at his DOC listed address, located at 1463 8th Street North East Appartment C-4, for home visits, but was unsuccessful. To determine if WARR was actually residing at his listed DOC address, surveillance operations of WARR were conducted on the following dates: July 8th, 10th, 12th, 2019. These surveillance operations provided officers with confirmation that WARR was not residing at his listed DOC

Complaint: Vyshawn Malick Warr - 3

address, but residing at the residence of Alaysia Harris, WARR's girlfriend, located at 4628 South Bateman Street, Seattle, Washington. WARR residing with his girlfriend, without notifying his CCO, violates his DOC conditions.

## II. WARR's Arrest on July 23, 2019.

7. DOC Officer John Conaty is Task Force Officer (TFO) with Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). Through the course of Officer Conaty's normal duties, WARR was brought to his attention.

8. On July 23, 2019, Officer Conaty planned an arrest operation for Vyshawn WARR to arrest him for violating his Washington DOC conditions of supervision. At approximately 3:00pm, surveillance units observed WARR walking down the driveway from Harris' residence, located at 4628 South Bateman Street, Seattle, Washington. WARR continued to walk down South Graham Street toward Rainier Avenue South. Agents and officers moved in to arrest WARR. WARR was taken into custody after a short foot pursuit.

9. WARR was searched by Seattle Police Department (SPD) Detective Wade Jones incident to WARR's arrest for his DOC violation. Detective Jones recovered a loaded Glock, model 19, 9x19mm caliber pistol bearing serial number AYV372US, from WARR's pants pocket. The Glock had an inserted extended capacity magazine containing sixteen (16) rounds and one round was in the chamber. The firearm was placed into SPD evidence.

## III. The Search of WARR's Residence.

10. Following WARR's arrest, a DOC search of WARR's residence was conducted. Officer Conaty learned from others present at the residence that WARR had been staying at this location for some time. WARR had been living with Alaysia Harris, his girlfriend, in the northeastern most bedroom. This bedroom was searched under Washington DOC authority. CCO Paulson assisted with the search. CCO Paulson recognized clothing items in the room from previous items WARR had worn to check in with him at the Washington DOC Auburn Field Office. Also located in the room was

paperwork with WARR's name on it. In addition, a 9mm caliber bullet was located in a dresser where WARR kept some of his paperwork.

### VIII. Interstate Nexus Examination of the Glock Handgun.

11. On July 29, 2019, Special Agent (SA) Catherine Cole, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, physically examined the following firearm at a secured SPD evidence vault:

    (a) Glock, model 19, 9x19mm caliber handgun with serial number AYV372US.

SA Cole determined that the Glock 9mm-caliber handgun was not manufactured in the state of Washington. Based upon her experience, knowledge and research, it also SA Cole's opinion that the Glock handgun meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3). SA Cole also opined that, because the above-listed firearm was not manufactured in the State of Washington, it therefore must have traveled in interstate commerce if it was received or possessed in the State of Washington.

### X. WARR's Criminal History.

12. I have reviewed WARR's criminal history and confirmed that he has the following criminal convictions:

    a. *Assault 2nd*, in Pacific County Superior Court, Washington, dated on or about March 17, 2017, under cause number 17-1-00027-1;

This crime is a felony under Washington law, punishable by a term of imprisonment exceeding one year. The defendant was present for his sentencing and the sentence actually imposed included incarceration for twelve months and one day.

## XI. Conclusion.

13. Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that VYSHAWN MALICK WARR committed the offense of being a *Felon in Possession of a Firearm*, in violation of Title 18, United States Code, Section 922(g)(1).

_____
KEELI NELSON, Complainant
Special Agent, ATF

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe VYSHAWN MALICK WARR committed the offense set forth in the Complaint.

DATED this 16th day of August, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Complaint: Vyshawn Malick Warr - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970