JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

VYSHAWN MALICK WARR,

Defendant.

)
)
)
)
)
)
)
)
)
)

No. CR19-160-RAJ

ORDER GRANTING MOTION
TO MODIFY CONDITIONS OF
SUPERVISION

THE COURT has considered the motion of the defendant to modify conditions

of supervision by converting GPS location monitoring to a curfew, the responses of the

parties and the records and files in the case.

The Court GRANTS the motion (Dkt. 108).  The remainder of the location

monitoring condition is reduced from home detention to curfew.

All other conditions of supervision remain in place.

DATD this 20th day of March, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO MODIFY CONDITIONS OF
SUPERVISION
(*U.S. v. Warr* / CR19-160-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100